**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number   2021-CA-0561

Succession of Lucille Watts Patin, Pamela Sue Patin Quantz,
Charleen Patin Taylor, Rebel Kelley Caplinger, Denis Curtin
Kelley, II, Dorcas Marie Kelley, Kerry Watts Kelley, and
Patin-Kelley, LLC

- - Versus - -

Breazeale, Sachse & Wilson, L.L.P., David M. Charlton and
XYZ Insurance ("XYZ")

19th Judicial District Court
Case #: 666011
East Baton Rouge Parish

On Application for Rehearing filed on   05/23/2022 by Breazeale, Sachse & Wilson, L.L.P., and David M. Charlton

Rehearing _____ DENIED _____

J. Michael McDonald

*McClendon, J. would grant the rehearing. (by pmm)*

_____
Page   McClendon

_____
Allison H. Penzato

_____
Walter I. Lanier III

_____
Elizabeth   Wolfe

Date   JUN 2 2 2022 _____

A.S.N.

Rodd Naquin, Clerk